CLOVERLEAF GARDENS ASSOCIATES, A PARTNERSHIP v.
MAYOR AND COUNCIL OF THE TOWNSHIP
OF WOODBRIDGE.

March 29, 1985.

Petition for certification denied.

CLOVERLEAF GARDENS ASSOCIATES, A PARTNERSHIP v.
RENT LEVELING BOARD OF THE TOWNSHIP
OF WOODBRIDGE.

March 29, 1985.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. JEROME PERKINS.

March 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. OBIE LEE DICKEY.

March 29, 1985.

Petition for certification denied.